**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AUDRA HOVER, as Administrator ad Prosequendum for the Estate of EDWARD CASTELLANO, a deceased minor, and AUDRA HOVER, individually,<br><br>Plaintiff,<br><br>v.<br><br>JANICE LAURINO, et al.,<br><br>Defendants. | : Civil Case No. 08-4944 (FSH)<br>:<br>: **OPINION & ORDER**<br>:<br>: Date: March 4, 2009 |

**HOCHBERG, District Judge.**

This matter comes before the Court upon a Motion to Dismiss filed by Defendant Morris County Sheriff's Department and Defendant Morris County Correctional Facility (the "Morris County Defendants") pursuant to Fed. R. Civ. P. 12(b)(6) (Docket # 9); and

it appearing that Defendants purport to establish that Plaintiff has no cause of action against these Defendants and that all claims against the Morris County Defendants should be dismissed; and

it appearing that Defendants have failed to present arguments addressing the claims Plaintiff has asserted under the New Jersey State Constitution; and

it appearing that Plaintiff has failed to respond to Defendants' motion in any manner,

**IT IS** on this 4th day of March , 2009,

**ORDERED** that the Motion to Dismiss filed by the Morris County Defendants is hereby **TERMINATED**; and it is further

**ORDERED** that Defendants may re-file a Motion to Dismiss, fully addressing all claims for which they seek dismissal, on or before **March 13, 2009**; and it is further

**ORDERED** that Plaintiffs may file either opposition papers or a statement that Defendants' motion shall be considered without opposition on or before **March 23, 2009**; and it is further

**ORDERED** that Defendants may file reply papers on or before **March 30, 2009**; and it is further

**ORDERED** that the re-filed Motion to Dismiss will now be returnable on **April 6, 2009**.

/s/ Faith S. Hochberg
Hon. Faith S. Hochberg, U.S.D.J.